# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   12-2092 (JRT/SER) |
| v. | |

Form Modified 06/28/04

Funds in the approximate amount of $2,090,928.54 seized from TCF Bank Savings Account number 1439471918, Funds in the approximate amount of $1,011,692.84 seized from TCF Bank certificate of deposit number 3439421262, Funds in the approximate amount of $1,011,692.84 seized from TCF Bank certificate of deposit number 3439424135, Funds in the approximate amount of $340,298.75 seized from TCF Checking Account number 8439255218, Funds in the approximate amount of $1,230,883.53 seized from Highland Bank Account number 25042084, $71,780 in U.S. currency seized at 10903 Purdey Road, Eden Prairie, Minnesota, Airplane hanger situated on lot 44A5, Flying Cloud Airport, All right, title and interest in the lease for Flying Cloud Airport, lot 44A5, Piper Aircraft, N44605, Model PA28151,  serial number 28-7415681, Piper Aircraft, N744Z, Model PA46-500-TP, serial number 4697134, 2004 Beech Aircraft, N775Z, serial number TJ283, 2008 BMW M5, VIN WBSNB93598CX09850,  2010 GMC Sierra, VIN 3GTRKXE20AG221826, 1981 Delorean, VIN SCEDT26T9BD006032, 2004 Carver Yacht, 46Ft Cabin, Hull number CDRD00134C404

Defendant(s)

It appearing that defendant(s) Travis Magdalena Scott a/k/a Paul Decker, Air Data Systems, Digital Media Solutions, Security Management Technologies, Enigma Properties, LLC, Apollo Towers, LLC, Blackrock I, LLC, Blackrock II, LLC, Digital Media Innovations, Inc., and Federal Enforcement Systems, LLC, and all unknown persons and entities having an interest in the defendant property are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against Travis Magdalena Scott a/k/a Paul Decker, Air Data Systems, Digital Media Solutions, Security Management Technologies, Enigma Properties, LLC, Apollo Towers, LLC, Blackrock I, LLC, Blackrock II, LLC, Digital Media Innovations, Inc., and Federal Enforcement Systems, LLC, and all unknown persons and entities having an interest in the defendant property.

this 11th day of February, 2013.

          RICHARD D. SLETTEN, CLERK

          s/J. Zuech

(By) J. Zuech      Deputy Clerk